UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-10004-TBM |
| EL JEBOWL, LLC ) | |
| EIN: 81-3166957 ) | Chapter 11 |
| ) | SubChapter V |
| Debtor. ) | |

**ORDER CONFIRMING THIRD AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2022**

The Third Amended Sub-Chapter V Plan of Reorganization dated September 26, 2022 ("Plan") filed by the Debtor, having come before the Court for confirmation, the Court having considered the Debtor's declaration in support of Plan confirmation, and the Court having reviewed the docket, finds and Orders as follows:

1. That the Debtor has complied with all applicable provisions of Chapter 11 of the Bankruptcy Code, the Plan meets the requirements of Sections 1190 and 1191 of the Bankruptcy Code, and the Debtors have complied with the same and the Orders of this Court.

2. The provisions of Chapter 11 of the Bankruptcy Code have been complied with, in that the Plan has been proposed in good faith and not by any means forbidden by law.

3. In support of confirmation of the Plan, the Debtor proffered the Declaration of Craig Spivey, which Declaration provides an evidentiary predicate for confirmation of the Plan.

4. The Court has also considered the Summary of Voting Results that shows creditors support for the Plan.

5. No objections to confirmation of the Plan have been filed with the Court.

IT IS HEREBY ORDERED THAT

1. The Plan is hereby CONFIRMED.

2. Except as provided in the Plan, upon the Effective Date of the Plan, the Debtor is discharged of all debts to the extent provided for in Bankruptcy Code § 1141.

3. Within 14 days of substantial consummation of the Plan, the Debtor shall comply with 11 U.S.C. § 1183(c)(2).

Dated this 14th day of October, 2022.

BY THE COURT:

*Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge