UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-10004-TBM |
| EL JEBOWL, LLC ) | |
| EIN: 81-3166957 ) | Chapter 11 |
| ) | SubChapter V |
| Debtor. ) | |

**NOTICE OF SUBSTANTIAL CONSUMMATION OF THIRD AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2022**

PLEASE TAKE NOTICE that the Third Amended Sub-Chapter V Plan of Reorganization dated September 26, 2022 has been substantially consummated.

Dated: February 9, 2023                Respectfully submitted,

By:  /s/ Aaron A. Garber
Aaron A. Garber, #36099
Wadsworth Garber Warner Conrardy, P.C.
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of February 2023, I served via ECF a copy of the **NOTICE OF SUBSTANTIAL CONSUMMATION OF THIRD AMENDED SUBCHAPTER V PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2022** on the parties below:

Christopher D. Bryan  cbryan@garfieldhecht.com, kthissen@garfieldhecht.com;rortell@garfieldhecht.com;kstewart@garfieldhecht.com
Lacey S. Bryan  lbryan@markuswilliams.com, janderson@markuswilliams.com;docket@markuswilliams.com
Alison Goldenberg  Alison.Goldenberg@usdoj.gov, janice.hensen@usdoj.gov
Joli A. Lofstedt  joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Kevin S. Neiman  kevin@ksnpc.com
Robert Padjen  Robert.padjen@coag.gov, deanna.westfall@coag.gov
Karen J. Radakovich  karen@frascona.com, pacer@frascona.com
US Trustee  USTPRegion19.DV.ECF@usdoj.gov
John F. Young  jyoung@markuswilliams.com, docket@markuswilliams.com;sschaefer@markuswilliams.com

                                            */s/ Nichole Garber*
                                            For Wadsworth Garber Warner Conrardy, P.C.