UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EL JEBOWL, LLC, | ) | Case No. 22-10004-TBM |
| Tax ID/EIN: 81-3166957 | ) | |
|     Debtors. | | |

## NOTICE OF DEFAULT OF STIPULATION AND LEASE BETWEEN THE DEBTOR AND CRAWFORD PROPERTIES, LLC, AND RIGHT TO CURE

Crawford Properties, LLC ("Creditor"), by and through its counsel, Frascona, Joiner, Goodman and Greenstein, P.C., hereby provides this Notice of Default of Stipulation and Lease between the Debtor and Crawford Properties, LLC, and Right to Cure. As grounds therefore, Creditor states as follows:

1. On June 10, 2022, Debtor El Jebowl, LLC (Debtor) and Creditor entered into a "Stipulation Between the Debtor and Crawford Properties, LLC Settling Motion to Extend Time for Performance of Obligations under Unexpired Real Property Lease, and Stipulation to Administrative Claim, and Stipulation to Proof of Claim" (the "Stipulation"), which Stipulation was attached as Exhibit A to "Debtor's Notice of Revised Stipulation between Debtor and Crawford Properties, LLC (and Motion to Vacate Hearing if the Court Approves of the Revisions)" at Docket #140.

2. The Court approved the Stipulation on June 15, 2022 at Docket #141.

3. The Stipulation provided, in paragraph 8, for Debtor to pay an allowed Prepetition Claim and an allowed Administrative Claim, in the aggregate amount of $112,500.00, in equal monthly payments or $22,500.00 over five (5) months commencing in November, 2022 and ending in March, 2023.

4. Debtor has failed to make all such payments, and is currently in arrears in the final payment in the amount of $10,737.70. Attached hereto as Exhibit A is a chart showing all financial transactions between Debtor and Creditor. (Debtor paid odd amounts during some months, so the chart details total receipts and total charges, not only the $22,500.00 payments.) Debtor is therefore in default of the Stipulation.

5. Further, Debtor is in default of the Commercial Lease between the parties, dated August 15, 2016, in the following respects:

    a. Paragraph 19(b) of the Commercial Lease (attached hereto as Exhibit B), which was assumed by Debtor in this bankruptcy, prohibits Debtor from using the premises for any purpose prohibited by state law. Upon information and belief, Debtor, which holds a Colorado Tavern License, is operating the premises without any food service, which is a violation of the requirements

for a "tavern license" in accordance with C.R.S. 44-3-414. This statute provides that the holder of a tavern license "shall have sandwiches and light snacks available for consumption on the premises . . ." Creditor has been advised that several local residents (not Creditor) have allegedly contacted the State of Colorado about the failure to comply with this licensing requirement.

       b. Paragraph 19(h) of the Commercial Lease requires Debtor to "pay all personal property taxes levied against the personal property of tenant kept at the leased premises." Creditor was contacted on October 1, 2023 by the Treasurer of Eagle County, Colorado, to advise Creditor that the personal property taxes of Debtor for both 2021 and 2022, totaling more than $4,000, are delinquent.

       c. Finally, paragraph 6 of the Commercial Lease provides that monthly rent not paid by the 10th of each month shall incur a late charge of 5% of the amount due. Debtor was late in payment of the September, 2023 rent payment, and a $716.23 late charge is now due to Creditor.

6. Paragraph 4 of the Stipulation, as well as paragraph 21 of the Commercial Lease, provide for a 10-day cure period after written notice of default. Failure of Debtor to cure these Stipulation and Commercial Lease defaults within 10 days will, therefore, result in Creditor filing a Motion for Relief from Stay in this bankruptcy proceeding, to proceed with Creditor's rights under the Commercial Lease.

WHEREFORE, Creditor respectfully provides this Notice of Default to Debtor.

Dated this 9th day of October, 2023.

    Respectfully submitted,
    Frascona, Joiner, Goodman and Greenstein, P.C.

    */s/ Karen J. Radakovich*

    By: Karen J. Radakovich, No. 11649
    4750 Table Mesa Drive
    Boulder, Colorado  80305-5575
    Telephone:  (303) 494-3000
    Facsimile: (303) 494-6309
    E-Mail: karen@frascona.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| EL JEBOWL, LLC | ) | Case No. 22-10004-TBM |
| Tax ID/EIN: 81-3166957 | ) | |
| Debtor. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2023, a copy of the NOTICE OF DEFAULT OF STIPULATION AND LEASE BETWEEN THE DEBTOR AND CRAWFORD PROPERTIES, LLC, AND RIGHT TO CURE was served to the following parties:

**VIA ECF**

Aaron A. Garber - agarber@wgwc-law.com
Kevin S. Neiman - kevin@ksnpc.com
United States Trustee - alison.goldenberg@usdoj.gov
Christopher D. Bryan, Esq. - cbryan@garfieldhecht.com
Robert Padjen, Esq. - robert.padjen@coag.gov
John F. Young, Esq. - jyoung@markuswilliams.com
Zachary G. Sanderson, Esq. - zsanderson@markuswilliams.com
Joli Lofstedt, Esq. - joli@jaltrustee.com

/s/ Amber Haines
_____
Amber Haines